UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           Case no. 96-73835
                                    Honorable John Corbett O'Meara

v.

JUANITA B. NIX,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is Magistrate Judge R. Steven Whalen's December 12, 2014 report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

    IT IS FURTHER ORDER that Defendant's objection to the offset of her Social Security funds (Doc. #13) is DENIED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: January 29, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 29, 2015, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager